**Valarie PRICE, Plaintiff—Appellant,**

**v.**

**FIRST STAR MORTGAGE, also known as U.S. Bank; Anthony J. Corcini, Secretary, Department of Veterans Affairs; Samuel White, Jr., Defendants—Appellees.**

**No. 06–1584.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2007.

Decided: Sept. 13, 2007.

Valarie Price, Appellant Pro Se. Jonathan L. Hauser, Troutman & Sanders, LLP, Virginia Beach, Virginia, George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valarie Price appeals the district court's order denying Price's post-judgment motions to amend her claim and to remove the matter to the United States Court of Claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Price v. First Star Mortgage,* No. 2:03–cv–0058–RBS (E.D. Va. Mar. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*